IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GREENWALD, individually and on behalf of a class of similarly situated persons,<br><br>      Plaintiff,<br><br>    v.<br><br>INTEGON GENERAL INSURANCE CORPORATION,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 2:23-cv-4119-JHS<br><br>CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

  PLEASE TAKE NOTICE that Plaintiff Kenneth Greenwald ("Plaintiff") individually and on behalf of all others similarly situated, moves pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying a class for the purposes of Settlement; (3) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (4) directing that notice be given to the Settlement Class; (5) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' Fee Award and Costs and Service Award to Class Representative; and (6) granting such other relief and further relief as the Court deems just and proper.

  Defendant, Integon General Insurance Corporation, does not object to the relief sought by Plaintiff.

  This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and its

exhibits thereto, including the Settlement Agreement, the Declaration of Jonathan Shub in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; Declaration of Settlement Administrator Regarding Notice Administration; and all prior pleadings and proceedings properly before the Court.

Dated: July 23, 2025

Respectfully submitted,

*/s/ Jonathan Shub*
Jonathan Shub (Pa. I.D. # 53935)
**SHUB JOHNS & HOLBROOK LLP**
200 Barr Harbor Drive
Conshohocken, PA 194238
(610) 477-8380
jshub@shublawyers.com

Scott B. Cooper
**SCHMIDT KRAMER, P.C.**
209 State St,
Harrisburg, PA 17101
(717) 232-6300
scooper@schmidtkramer.com

James C. Haggerty (PA I.D. # 30003)
**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
1801 Market Street, Suite 1100
Philadelphia, PA 19103
(267) 350-6600 ex. 178
jhaggerty@hgsklawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Jonathan Shub*
Jonathan Shub
