## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KENNETH GREENWALD, individually and on behalf of a class of similarly situated persons, | : <br> : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION <br> : |
| v. | : No. 2:23-cv-4119-JHS <br> : |
| INTEGON GENERAL INSURANCE CORPORATION, | : CLASS ACTION <br> : <br> : |
| Defendant. | : <br> : |

### PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT AGREEMENT AND FOR APPROVAL OF ATTORNEY'S FEES AND EXPENSES

Plaintiff moves, pursuant to Federal Rule of Civil Procedure 23(e), for final approval of the class action settlement agreement, as well as approval of attorney's fees and expenses. A proposed form of Order is annexed to this motion. The grounds are set forth in the accompanying legal memorandum and its attachments.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Jonathan Shub*
Jonathan Shub (Pa. I.D. # 53935)
**SHUB JOHNS & HOLBROOK LLP**
200 Barr Harbor Drive
Conshohocken, PA 194238
(610) 477-8380
jshub@shublawyers.com

Scott B. Cooper
**SCHMIDT KRAMER, P.C.**
209 State St,
Harrisburg, PA 17101
(717) 232-6300
scooper@schmidtkramer.com

James C. Haggerty (PA I.D. # 30003)
**HAGGERTY, GOLDBERG, SCHLEIFER**
**& KUPERSMITH, P.C.**
1801 Market Street, Suite 1100
Philadelphia, PA 19103
(267) 350-6600 ex. 178
jhaggerty@hgsklawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of January 2026, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Jonathan Shub*
Jonathan Shub (Pa. I.D. # 53935)
