IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH GREENWALD, individually and on behalf of a class of similarly situated persons,<br><br>             Plaintiff,<br><br>   v.<br><br>INTEGON GENERAL INSURANCE CORPORATION<br><br>             Defendant. | CIVIL ACTION<br>NO. 23-4119 |

## **ORDER**

**AND NOW**, this 16th day of January 2026, upon consideration of the parties' agreement on a date for the Final Approval Hearing (Doc. No. 40), it is **ORDERED** that the Final Approval Hearing, currently scheduled for January 23, 2026 at 10:30 a.m., is **rescheduled** for February 3, 2026 at 2:00 p.m. in Courtroom 13A at the U.S. Courthouse on 601 Market Street, Philadelphia, PA, 19106.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky, J.
                                                _____
                                                JOEL H. SLOMSKY, J.